FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 23 2013
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE YAGERMAN,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Case No. EDCV 12-890 AN<br><br>JUDGMENT |

For the reasons set forth in the accompanying memorandum and order, it is hereby ADJUDGED AND DECREED THAT, (1) Plaintiff's request for an order remanding the case for further proceedings is GRANTED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is DENIED; and (3) judgment is hereby entered in Plaintiff's favor.

DATED:   April 23, 2013

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE