1

2

3

4

5

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 23 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

6                                                                     JS-6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10  MICHELLE YAGERMAN,                )   Case No. EDCV 12-890 AN
                                      )
11            Plaintiff,              )   JUDGMENT
                                      )
12       v.                           )
                                      )
13  CAROLYN W. COLVIN, ACTING         )
    COMMISSIONER OF THE SOCIAL        )
14  SECURITY ADMINISTRATION,          )
                                      )
15            Defendant.              )
    _____ )

16

17       For the reasons set forth in the accompanying memorandum and order, it is hereby

18  ADJUDGED AND DECREED THAT, (1) Plaintiff's request for an order remanding the

19  case for further proceedings is GRANTED; (2) the Commissioner's request for an order

20  affirming the Commissioner's final decision and dismissing the action is DENIED; and

21  (3) judgment is hereby entered in Plaintiff's favor.

22

23

24  DATED:    April 23, 2013        _____
                                         ARTHUR NAKAZATO
25                                 UNITED STATES MAGISTRATE JUDGE

26

27

28